# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

DIANE VANDER HEYDEN,      )
)
        Plaintiff,          )
)      NO.  CV-08-198-JPH
        vs.              )
)      **JUDGMENT IN A**
MICHAEL J. ASTRUE,      )    **CIVIL CASE**
Commissioner of Social Security,      )
)
        Defendant.       )
)
_____)

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 30th day of January, 2009.

                           JAMES R. LARSEN
                           District Court Executive/Clerk

                           by: __s/Karen White_____
                               Deputy Clerk

cc: all counsel